UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22869-KMM

QI WEI CHEN,

     *Plaintiff*,

v.

NORWEGIAN CRUISE
LINE HOLDINGS LTD.,

     *Defendant*.

_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Defendant's Motion to Dismiss Plaintiff's Complaint ("Defendant's Motion") was filed on October 11, 2022. [ECF No. 7]. Plaintiff responded in opposition to Defendant's Motion on October 24, 2022. [ECF No. 8]. Defendant replied in support of its Motion on October 31, 2022. [ECF No. 9].

Pursuant to Local Rule 7.1.B.4, Plaintiff hereby gives notice that Defendant's Motion has been pending and fully briefed for a period of over ninety (90) days.

## SIGNATURE and CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

Respectfully submitted,

ARONFELD TRIAL LAWYERS
Attorneys for Plaintiff
One Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Tel:    (305) 441 - 0440
Fax:    (305) 441 – 0198

By:     /s/*Spencer M Aronfeld, Esq.*
        Spencer Marc Aronfeld, Esq.
        Florida Bar Number: 905161
        aronfeld@aronfeld.com
        Abby Hernandez Ivey, Esq.
        Florida Bar Number: 1002774
        aivey@aronfeld.com
        Matthias M. Hayashi, Esq.
        Florida Bar No.: 0115973
        mhayashi@Aronfeld.com